IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:89-cr-01018-MP

CARL EUGENE GRIFFIN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1268, Mr. Griffin's Motion to Reduce Sentence pursuant to retroactive application of Sentencing Guidelines to Crack Cocaine Offenses and 18 U.S.C. § 3582. Previously, however, the Court, sua sponte, entered an order finding that Mr. Griffin is not eligible for a reduction. Specifically, the Court at Doc. 1253 held:

> Here, the defendant is currently serving a sentence of life, which was the only option for his Total Offense Level of 44. Under the Amended Guidelines, his range is still life, because of the quantity of drugs attributed to him. Because the amendment does not lower the guideline range applicable to this defendant, § 1B1.10(a)(1) does not permit the Court to reduce the original sentence.

Nothing in the motion at Doc. 1268 supports departing from the Court's previous ruling.

Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

The motion for reduction of sentence, Doc. 1268, is denied.

    **DONE AND ORDERED** this  *29th*   day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge