IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:89-cr-01018-MP

CARL EUGENE GRIFFIN,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1281, in which Mr. Griffin seeks to have the Court reconsider the order at Doc. 1280, which denied his first motion to reconsider the order denying Mr. Griffin a reduction in sentence based on the amendments to the guidelines dealing with crack cocaine offenses.

Nothing in the motion at Doc. 1281 supports departing from the Court's previous ruling. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for reduction of sentence, Doc. 1281, is denied.

**DONE AND ORDERED** this  *3rd*  day of June, 2009

                  *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge